MINUTE ENTRY
NORTH, M.J.
JUNE 20, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES LINCOLN, III                        CIVIL ACTION

VERSUS                                         NUMBER: 14-0393

BOBBY DANNER, ET AL.                    SECTION: "H"(5)

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

         PRESENT:     Michael Martin          John Ellis

Negotiations were successful and resulted in the settlement of Plaintiff's claims; the material terms of the settlement agreement were memorialized on the record (Court Reporter: Lanie Smith).

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

                                                  MICHAEL B. NORTH
                                                  UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE JANE TRICHE MILAZZO

MJSTAR (03:05)